# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Lawrence M. Nagle et al. | ) | 22-MJ-5330-JGD |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Nov. 2021 continuing to present  in the county of  Essex  in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute and to distribute controlled substances |

This criminal complaint is based on these facts:

See attached affidavit of TFO Gregory Forestell, Drug Enforcement Administration

☑ Continued on the attached sheet.

*Complainant's signature*

Gregory Forestell, Task Force Officer, DEA
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1

Date: 10/21/2022

*Judge's signature*

City and state: Boston, MA

Judge Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*

22-5330-JGD

## LIST OF DEFENDANTS

1. Lawrence Michael NAGLE, a/k/a "Mikey";

2. Christopher NAGLE, a/k/a "Cuda";

3. Nelson MORA, a/k/a "Nellie";

4. Javier BELLO, a/k/a "Javi";

5. Anthony BRYSON;

6. Frantz ADOLPHE;

7. Raymond KULAKOWSKI;

8. Soyanna LAGES, a/k/a "Soy";

9. David MUISE, a/k/a "Pinky";

10. David DELAURI;

11. Savannah Lee BARTONE;

12. Lawrence M. NAGLE Sr., a/k/a "Michael L. Nagle," a/k/a "Tony Dias";

13. Alexander VILLAR;

14. Kion SHEPHERD, a/k/a "Kilo";

15. Melvin NIEVES;

16. Erick SOLIS LOPEZ;

17. Christopher TEJEDA;

18. Edward ORTIZ;

19. Justin WESTMORELAND;

20. Yaira RAMOS-RIVERA; and

21. Jose GARCIA